No. 2146. PEOPLE, APPELLEE, *v.* HERNÁNDEZ, APPELLANT.—

Second District Court of San Juan. Decided February 25, 1924. No statement of the case or bill of exceptions having been filed and no question of law raised, the judgment was affirmed.